O



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GERALD W. McCOMBER<br><br>　　　　Defendant. | CASE NO. SA CR 13-0166 DDP<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)　(✓)　the appearance of defendant as required; and/or

(B)　(✓)　the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Defendant has a notable criminal history, no viable bail resources, and a failure to appear._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_See above._

IT IS ORDERED that defendant be detained.

DATED: June 8, 2017

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2